# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORISMEL JESUS CENTENO,<br><br>                                  Petitioner,<br>              v.<br>UNKNOWN,<br><br>                                  Respondent. | Civil No.   07-0993 BTM (BLM)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a federal detainee proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

## FAILURE TO SATISFY THE FILING FEE REQUIREMENT

Petitioner has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254.

## CLAIMS NOT COGNIZABLE UNDER 28 U.S.C. § 2254

Although Petitioner has filed this action pursuant to 28 U.S.C. § 2254, he is a federal detainee attacking the validity of his federal detention.[1] Therefore, Petitioner may not proceed under section 2254, but may only proceed with a habeas action in federal court under 28 U.S.C.

---

[1] On May 16, 2007, a criminal complaint was filed against Centeno for a violation of 8 U.S.C. § 1326 and he was appointed counsel. (*See United States v. Centeno,* 07mj1055 JMA [doc. No. 2].) The claims raised in the Petition appear to relate to that criminal action.

-1-

1 | § 2241. *White v. Lambert*, 370 F.3d 1002, 1006-07 (9th Cir. 2004) (holding that section 2254
2 | is the proper jurisdictional basis for a habeas petition brought by an individual "in custody
3 | pursuant to a state court judgment"). Furthermore, Petitioner has adequate remedies in the
4 | pending criminal proceeding which he must exhaust before proceeding by Petition for Writ of
5 | Habeas Corpus.

      Thus, the Petition is **DISMISSED** without prejudice for failure to satisfy the filing fee requirement and because Petitioner's claims are to be raised in the pending criminal case.

      **IT IS SO ORDERED.**

DATED: June 18, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge